UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5181-DSR Date: September 16, 2026

Title **Mger Sargsian, et al. v. James Janecka, et al.**

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE FAILURE TO ANSWER PETITION AND SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, an immigration detainee at the Adelanto ICE Detention Center, initiated this case on September 8, 2026, by filing his Petition for Writ of Habeas Corpus. See Doc. No. 1. That same day, the Court entered the Notice of General Order 26-05. See Doc. No. 5. Therein, the Court directed Respondents "to show cause why the writ of habeas corpus should not be granted," and set an expedited briefing schedule. Id. Under that schedule, counsel for Respondents were required to file a Notice of Appearance no later than September 11, 2026, and Respondents were ordered to file their Answer to the Petition no later than September 15, 2026. Id.

To date, Respondents have not filed either of these required documents. As such, they have defaulted on their obligation to "show cause why the writ should not be granted" and to "certify the true cause of the detention." 28 U.S.C. § 2243.

Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **5:00 p.m. on September 17, 2026**, why they have failed to comply with the Court's order requiring them to file a Notice of Appearance and an Answer and show cause why the habeas petition should not be granted. Respondents may do so by either filing the Notice of Appearance and an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-5181-DSR Date: September 16, 2026

Title **Mger Sargsian, et al. v. James Janecka, et al.**

Answer – in which they address ALL claims and bases alleged in the Petition – or by filing a sworn Declaration showing good cause for their failure to comply with the Court's September 8th Order and a commitment to a date by which they will file the required documents.

FAILURE TO RESPOND TO THIS ORDER WILL BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT IN THE PETITION, INCLUDING IMMEDIATE RELEASE FROM RESPONDENTS' CUSTODY AND ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER WITHOUT DUE PROCESS.

If Respondents timely file an Answer to the Petition, Petitioner may file a Reply thereto within three days of service of that Answer, after which the case will be taken under submission for decision without oral argument, unless otherwise ordered by the Court.

cc: Daniel.Beck@usdoj.gov
Alarice.Medrano@usdoj.gov

:

**Initials of Preparer** LK