JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MGER SARGSIAN, et al.,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:26-cv-05181-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Granting Petition for Writ of Habeas Corpus and Ordering Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: September 18, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE